No. 45498.—Protests 7854–K, etc., of Irving Rosa et al. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 3, 1941

No. 45499.—Protest 33276–K/11777 of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KEEFE, J. Nothing was found in the papers to warrant disturbing the action of the collector. The protest was therefore overruled.

No. 45500.—Protest 47935–K of L. Bamberger & Co. (New York).

Opinion by KEEFE, J. Nothing was found in the papers to warrant disturbing the action of the collector. The protest was therefore overruled.

No. 45501.—Protests 46640–K, etc., of Bourjois, Inc., et al. (New York).

Opinion by KEEFE, J. On the records presented the protests were overruled.

BEFORE THE SECOND DIVISION, MARCH 4, 1941

No. 45502.—Protests 980568–G, etc., of Geo. Borgfeldt Corp. (New York).

Opinion by KINCHELOE, J. From the testimony and exhibits the court was satisfied that the so-called manger sets in question are entireties. Abstract 26783 cited. The claim at 25 percent under paragraph 1403 was therefore sustained.

No. 45503.—Protests 999760–G, etc., of Fred A. Balish & Bro., et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

No. 45504.—Protests 33597–K, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. On the agreed facts the pencil sharpeners in question were held dutiable at 40 percent under paragraph 339. Abstract 41633 followed.

No. 45505.—Protest 34406–K of Heinrich Herrmann & Weiss (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hollow flasks. They were held dutiable as claimed at 40 percent under paragraph 339. *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) and Abstract 42386 followed.